UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA




| | |
|---|---|
| LAWRENCE HINGLE, ET AL | CIVIL ACTION |
| VERSUS | NO. 99-1123 |
| JOSEPH HEBERT, ET AL | SECTION: L |

## J U D G M E N T

Considering the Court's Order and Reasons entered herein on May 17, 2000, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Joseph Hebert, Winston Harbin, Omar Diaz, and The City of New Orleans, and against plaintiffs, Lawrence Hingle and Deantral Martin, dismissing said plaintiffs' complaint with prejudice. Each party is to bear its own costs.

New Orleans, Louisiana, this _19_ day of May, 2000.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY 2 2 2000